UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHAZ L. JOHNSON,

    Plaintiff,

    v.

M. MEULLER, VENERIO M. SANTOS and
LISA CRIBS,

    Defendants.

Case No. 16-cv-326-JPG-DGW

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment on Count 1, a claim against defendant Venerio M. Santos under the Eighth Amendment for deliberate indifference to medical needs for failing to provide any medical treatment for plaintiff Chaz L. Johnson's severe burns, is entered in favor of defendant Santos and against plaintiff Johnson; and

IT IS FURTHER ORDERED AND ADJUDGED that Count 2, a claim against defendants M. Mueller and Lisa Cribs under the Eighth Amendment for deliberate indifference to medical needs in connection with defendant Santos's failure to provide plaintiff Johnson with medical treatment for his severe burns, is dismissed without prejudice.

**DATED:** March 15, 2018          JUSTINE FLANAGAN, Acting Clerk of Court

                                                       **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**